**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KATHLEEN MIECZKOWSKI and KENNETH MIECZKOWSKI,** : | |
| : | **CIVIL ACTION NO. 3:17-1307** |
| **Plaintiffs** | |
| : | **JUDGE MANNION** |
| v. : | |
| **JCPENNEY CORPORATION, INC., DESA HEATING PRODUCTS,** : | |
| **ALL PRO PORTABLE HEATERS, UNIVERSAL and SCHEU** : | |
| **PRODUCTS COMPANY,** | |
| : | |
| **Defendants** | |
| : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:** defendant JCPenney's motion to dismiss the plaintiffs' complaint or, in the alternative, for a more definite statement, **(Doc. 18)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 6, 2018**